## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **ANA MARIE DELGADO, et al.,** | |
| **Plaintiffs,** | |
| v. | **CIVIL NO. 14-1735 (PAD)** |
| **DORADO HEALTH INC., et al.** | |
| **Defendants.** | |

## MEMORANDUM & ORDER

Before the Court are co-defendants Dorado Health, Inc.'s and its insurer, Continental Insurance Company's Motions in Limine requesting the exclusion of plaintiffs' expert, Dr. Carl Warren Adams, on a *Daubert* challenge (Docket Nos. 179 and 183). These motions were referred to U.S. Magistrate Judge Silvia Carreño-Coll, who issued a Report and Recommendation on the motions (Docket No. 244). To date, no objections have been filed.

After conducting a *de novo* review of the record, the Court determines that the U.S. Magistrate Judge's findings in the report are supported by the record and the law. The Court hereby **ADOPTS** in its entirety the U.S. Magistrate Judge's report for the reasons stated therein, (Docket No. 244), and, accordingly, **DENIES** co-defendants' motions (Docket Nos. 179 and 183).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of September of 2016.

s/Pedro A. Delgado-Hernández<br>
PEDRO A. DELGADO-HERNÁNDEZ<br>
United States District Judge