## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANN MARIE DELGADO et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Docket no. 3:14-cv-1735 |
| | ) |
| DORADO HEALTH, INC d/b/a MANATI MEDICAL CENTER, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

### ORDER ON PLAINTIFFS' MOTION
### RE:  TRANSLATION OF MEDICAL RECORDS

Before the Court is Plaintiffs' Motion Requesting Order Regarding Translation of Medical Records (ECF No. 344).  The Court has received and reviewed expedited responses from Defendants (ECF Nos. 345, 347 & 348).  To expedite preparation for the upcoming trial of this matter, the Court now DENIES the Motion as briefly explained herein.

To the extent that the Motion seeks court approval to translate and seek admission of only portions of the medical record, the Motion is DENIED.  As explained in Defendants' Responses, Federal Rule of Evidence 106 allows the adverse party to demand introduction of a complete medical record.  Additionally, Plaintiffs' burden of proof in the medical malpractice action requires Plaintiffs to introduce a full medical record.  Moreover, as a matter of fairness, the Court fails to see any undue burden in requiring Plaintiffs to arrange for the translation of 631 pages before trial.  The Court notes that Plaintiffs' counsel has had these pages available since March 6, 2015.  See ECF No. 348-3 at 1.

2

     To the extent that the Motion asks this Court to declare that costs associated with translating the medical record are recoverable if Plaintiffs are ultimately the prevailing party, the Motion is DENIED without prejudice to the listing of this item among Plaintiffs' costs if and when they file a bill of costs.  However, the Court would direct Plaintiffs' counsel to the District's Taxation of Costs Guidelines, as well as the cases cited therein.  <u>See</u> District of Puerto Rico Taxation of Costs Guidelines at 9 (2013), http://www.prd.uscourts.gov/sites/default/files/documents/87/Taxation%20of%20Costs%20Guidelines%202007%20rev%2006%2005%202013_0.pdf.

     SO ORDERED.

                                               /s/ George Z. Singal  
                                               United States District Judge

Dated this 25th day of July, 2017.