# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANN MARIE DELGADO et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Docket no. 3:14-cv-1735 |
| | ) |
| DORADO HEALTH, INC. d/b/a MANATI MEDICAL CENTER, et al. | ) |
| | ) |
| Defendants. | ) |

## PROCEDURAL ORDER RESETTING TRIAL DATES

The parties were previously informed of the cancellation of the September 14, 2017 final pretrial conference. As a result of this cancellation, along with the Court's upcoming criminal trial schedule, the Court hereby notifies the parties that its next available trial date for this civil trial is **March 5, 2018 through March 23, 2018**. Counsel shall make all necessary arrangements to be available and have their witnesses available during this three week period.

To prepare for trial on this date, the Court hereby schedules a final pretrial conference for **February 16, 2018 at 10 AM**. In preparation for this conference, the parties shall file a proposed pretrial order in accordance with D.P.R. Local Rule 16(d) **no later than February 6, 2018.**

The Court anticipates referring this matter to the magistrate judge for jury selection and will notify the parties of the date and time for jury selection as soon as it is set.

Any party with an objection to this proposed schedule shall file a motion laying out their objection and any alternative proposed dates **no later than September 19, 2017**. Any objection or response to a motion filed by this deadline shall be filed by **September 26, 2017.** No replies will be permitted.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 11th day of September, 2017.