# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANA MARIE DELGADO et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Docket no. 3:14-cv-1735 |
| DORADO HEALTH, INC. d/b/a MANATI MEDICAL CENTER et al., | ) ) ) ) ) |
| Defendants. | ) |

**PROCEDURAL ORDER REGARDING PENDING MOTIONS & TRIAL SCHEDULE**

In accordance with the Court's prior procedural orders, the Court has received multiple motions from counsel regarding the scheduling of this matter. Seeing no conflicts with the Court's proposed scheduling of the final pretrial conference, the Court hereby sets the final pretrial conference for **10 AM on February 16, 2018**. In preparation for this conference, the parties shall file a proposed pretrial order in accordance with D.P.R. Local Rule 16(d) **no later than February 6, 2018**.

To the extent that any of the pending motions seek a trial continuance based on an indication that counsel has a conflict with trial in this case commencing on March 5, 2018 and concluding no later than March 23, 2018, those requests for a continuance are hereby DENIED. Counsel are instructed to work diligently to obtain any necessary continuance or replacement counsel such that trial of this case can be completed between March 5, 2018 and March 23, 2018. The Court also encourages counsel to confer regarding how they might streamline the presentation

of evidence such that this matter could be tried in fewer than the currently allotted 15 trial days and thereby resolve one or more of the scheduling conflicts mentioned.

The Court anticipates referring this matter to the magistrate judge for jury selection and will notify the parties of the date and time for jury selection as soon as it is set.

As explained herein, the Motions seeking partial continuances of the March 2018 trial (ECF Nos. 361, 362, 366 & 370) are hereby DENIED. The other Motions currently pending (ECF Nos. 363, 365 & 368) are MOOT as the Court finds no further action on these motions is necessary in light of this Order.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 28th day of December, 2017.